```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 17832
   MAREK RUSIN
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-6799

--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/28/2007 and was confirmed 01/07/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 04/21/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
DCFS USA LLC               SECURED VEHIC    32202.68           .00        748.80
ILLINOIS DEPT OF REVENUE   PRIORITY           246.45           .00           .00
INTERNAL REVENUE SERVICE   PRIORITY         24170.68           .00           .00
BANK OF AMERICA NA         UNSECURED       NOT FILED           .00           .00
BOGDAN MIKUTA              UNSECURED       NOT FILED           .00           .00
CENTRAL CHECK SYSTEMS      UNSECURED       NOT FILED           .00           .00
DISH NETWORK               UNSECURED       NOT FILED           .00           .00
HSBC BANK NEVADA/HSBC CA   UNSECURED          360.34           .00           .00
JOHN BRUERE                UNSECURED       NOT FILED           .00           .00
TCF BANK                   UNSECURED       NOT FILED           .00           .00
INTERNAL REVENUE SERVICE   UNSECURED         6940.94           .00           .00
DCFS USA LLC               UNSECURED       NOT FILED           .00           .00
RICHARD STOLARZ            PRIORITY         3620.00            .00           .00
HSBC BANK NEVADA NA        UNSECURED          291.49           .00           .00
CITY OF CHICAGO PARKING    UNSECURED       NOT FILED           .00           .00
GALAXY TOOL SUPPLY         UNSECURED       NOT FILED           .00           .00
JOLL INN                   UNSECURED       NOT FILED           .00           .00
JUAN ROMAN                 UNSECURED       NOT FILED           .00           .00
SALUTE VISA GOLD           FILED LATE         241.00           .00           .00
TCF NATIONAL BANK          UNSECURED       NOT FILED           .00           .00
TCF NATIONAL BANK          UNSECURED       NOT FILED           .00           .00
ILLINOIS DEPT OF REVENUE   UNSECURED           68.10           .00           .00
ILLINOIS DEPT OF REVENUE   SECURED NOT I    1421.21            .00           .00
DAVID M SIEGEL             DEBTOR ATTY     3,124.00                          .00
TOM VAUGHN                 TRUSTEE                                         51.20
DEBTOR REFUND              REFUND                                            .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  800.00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 17832 MAREK RUSIN
```

```
PRIORITY                                                              .00
SECURED                                                            748.80
UNSECURED                                                             .00
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                                51.20
DEBTOR REFUND                                                         .00
                                     ---------------     ---------------
TOTALS                                        800.00              800.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


    Dated: 07/22/08                      /s/ Tom Vaughn
                                                _____
                                                TOM VAUGHN
                                                CHAPTER 13 TRUSTEE